COONAN, Respondent, v. HAMBURG-AMERICAN PACKET CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Action by William H. Coonan against the Hamburg-American Packet Company. (Appeal No. 2.) No opinion. So much of order made on August 22, 1911, as is appealed from, affirmed. Order of September 1, 1911, affirmed. Ten dollars costs

*and disbursements to respondent.* See, also, 145 App. Div. 941, 130 N. Y. Supp. 1108.